IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DANIEL McCRARY,            *

    Plaintiff,          *

vs.                        *

                                   CASE NO. 4:07-CV-131 (CDL)

OLAKUNLE AINA, et al.,     *

    Defendants.         *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 17, 2008 is hereby approved, adopted, and made the Order of the Court. Accordingly, Plaintiff's federal law claims are dismissed for failure to state a claim upon which relief may be granted, and Plaintiff's state law claims are dismissed without prejudice.

IT IS SO ORDERED, this 22nd day of April, 2008.

                                                    S/Clay D. Land
                                                      CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE